**LAW OFFICES OF DAVID PALACE**
383 KINGSTON AVE. #113
BROOKLYN, NY 11213
TEL: (347) 651-1077
FAX: (347) 464-0012
EMAIL: DAVIDPALACE@GMAIL.COM

---

November 12, 2015

VIA ELECTRONIC FILING

Hon. Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Goldman v. Delta Outsource Group, Inc.*
           Docket No. 1:15-cv-05236-PKC-SMG

Dear Judge Gold,

    I represent the Plaintiff in the above referenced matter, and write to advise the Court that the parties have reached a settlement in the above matter. It is my hope that within 45 days I should be able to file a dismissal in this matter. This time is necessary for the parties to execute an agreement in writing.

    Plaintiff respectfully requests that the Court retain jurisdiction over this matter pending the filing of a Notice of Dismissal herein.

    I thank the Court in advance for its consideration in this matter.

                            Respectfully Submitted,

                            LAW OFFICES OF DAVID PALACE
                            By:__s/David Palace_____
                            David Palace