UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Beverly Goldman** individually
and all other similarly situated consumers,

        Plaintiff,

v.           **STIPULATION OF DISMISSAL**

        Case No. 1:15-cv-05236-PKC-SMG

**Delta Outsource Group Inc**

        Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.  Further, The Court shall retain jurisdiction to enforce compliance with any settlement reached.

Dated this 15th day of December 2015.

        Respectfully submitted,

| /s/ David Palace | /s/ Matthew J. Aplington |
|---|---|
| David Palace, Esq. | Matthew J. Aplington, #58565MO |
| Law Offices of David Palace | Lowenbaum Law |
| 383 Kingston Avenue, #113 | 222 South Central Avenue, Suite 900 |
| Brooklyn, NY  11213 | Clayton, Missouri 63105 |
| Phone: (347) 651-1077 | Telephone:  (314) 863-0092 |
| Fax: (347) 464-0012 | Facsimile:  (314) 746-4848 |
| Email: davidpalaceesq@gmail.com | Email:  maplington@lowenbaumlaw.com |
| Attorney for Plaintiff | Attorneys for Defendant |

And now, this _____ day of _____ , the above Stipulation is approved:

        _____